UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------x
:
IN RE SCHERING-PLOUGH CORPORATION :
SHAREHOLDERS DERIVATIVE LITIGATION :
: Master Derivative Docket
THIS DOCUMENT RELATES TO: : No. 01-1412 (NHP)
ALL ACTIONS :
:
:
---------------------------------------------------------x

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
PROPOSED SETTLEMENT AND AWARD OF ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES**

To:  David M. Murphy
     Wachtell, Lipton, Rosen & Katz
     51 West 52nd Street
     New York, New York 10019-6150

     Douglas S. Eakeley
     Lowenstein Sandler, P.C.
     65 Livingston Avenue
     Roseland, New Jersey 07068-1791

Pursuant to Local Civil Rule 7.1(i) and Federal Rules of Civil Procedure 23.1, plaintiffs will move this Court, before the Honorable Katharine S. Hayden, at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07010, on December 11, 2007 at 2:30 p.m. or as soon thereafter as counsel may be heard, for an order approving the proposed settlement agreement. A proposed form of order is also submitted herewith and attached hereto.

In support of this motion, plaintiffs will rely upon the accompanying memorandum of law, the Declarations of Karen Morris and accompanying exhibits, and all other papers and proceedings herein.

The Court has scheduled a hearing for this motion on December 11, 2007 at 2:00 p.m.

Dated: December 4, 2007

Respectfully submitted,

*/s/ Karen L. Morris*

Karen L. Morris
MORRIS AND MORRIS LLC
COUNSELORS AT LAW
4001 Kennett Pike
Suite 300
Wilmington, Delaware 19807
Tel: (302) 426-0400
Fax: (302) 426-0406

Deborah Gross
LAW OFFICES BERNARD M. GROSS, P.C.
Suite 450, John Wanamaker Building
Juniper and Market Streets
Philadelphia, Pennsylvania 19107
Tel: (215) 561-3600
Fax: (215) 561-3000

Olimpio Lee Squitieri, Esq.
SQUITIERI & FEARON, LLP
2600 Kennedy Boulevard, Suite 1K
Jersey City, New Jersey 07306
Tel: (201) 200-0900
Fax: (201) 200-9008

Attorneys for Demand Futility Plaintiffs

Jeffrey S. Abraham
ABRAHAM, FRUCHTER & TWERSKY LLP
One Penn Plaza
Suite 2805
New York, New York 10119-2805
Tel: 212-279-5050
Fax: 212-279-3655

Attorney for Demand Plaintiff