SCHERING-PLOUGH CORPORATION
SHAREHOLDER DERIVATIVE ACTION
LODESTAR CATEGORY BREAKDOWN

| Attorney/status | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total hrs | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Morris and Morris LLC | 1,084.75 | 298.00 | 188.25 | 879.25 | 1,466.00 | 740.75 | 354.25 | 1,459.75 | 821.00 | 7,292.00 | $3,896,490.00 |
| Law Offices Bernard M. Gross P.C. | 371.50 | 1,540.00 | 71.25 | 38.75 | 47.75 | 330.25 | 242.50 | 42.25 | 258.00 | 2,942.25 | 1,470,295.00 |
| Abraham, Fruchter & Twersky LLP | 312.75 | 1,172.25 | 92.25 | 14.00 | 50.00 | 132.00 | 17.75 | 47.00 | 160.50 | 1,998.50 | 1,095,506.25 |
| Squitieri & Fearon, LLP | 334.75 | 281.00 | 12.00 | 32.00 | 39.00 | 94.00 | 13.00 | 23.00 | 65.00 | 893.75 | 491,031.25 |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
| TOTAL | 2,103.75 | 3,291.25 | 363.75 | 964.00 | 1,602.75 | 1,297.00 | 627.50 | 1,572.00 | 1,304.50 | 13,126.50 | $6,953,322.50 |

**CATEGORIES**

1. Investigation, Pleadings, Court Filings, Motion Practice, Briefing and Demand
2. Merits Based Discovery and Legal Research
3. Governance & Compliance Factual Investigation
4. Governance & Compliance Legal Research
5. Governance & Compliance Design & Drafting of Proposals and White Paper
6. Negotiation and Design Process with Defendants
7. Preparation of Mediation Submission on Merits and Damages
8. Preparation of Mediation Submission on Governance & Compliance
9. Mediation and Settlement