**SCHERING-PLOUGH CORPORATION**
**SHAREHOLDER DERIVATIVE ACTION**
**EXPENSE CATEGORY BREAKDOWN**

| CATEGORY | AMOUNT |
|---|---:|
| Experts* | 222,248.06 |
| FedEx/UPS | 1,483.95 |
| Legal Research (Lexis, WestLaw, Pacer) | 21,138.57 |
| Postage | 1,039.04 |
| Photocopies (incl. outside copying & transcripts) | 14,448.68 |
| Telephone and Fax | 2,554.99 |
| Travel (plane, train, hotel, meals and parking) | 28,467.32 |
| Filing fees and document retrieval | 1,971.00 |
| Litigation fund | 5,000.00 |
| **TOTAL** | **$ 298,351.61** |

\*

| | |
|---|---|
| Judge Infante | 59,710.56 |
| James Lam | 75,000.00 |
| Hugh Lamle | 75,000.00 |
| Donald Langevoort | 12,537.50 |